UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GENE E. MYERS, M.D.**,

    **Plaintiff,**

vs.                                                         CASE NO.  8:19-CV-00724-T-36CPT

**PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and THE UNUM
GROUP**,

    **Defendants.**
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, Gene E. Myers, M.D., by and through undersigned counsel, files this Unopposed Motion for Enlargement of Time to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [DE 56], and in support thereof, states as follows:

1. Currently pending before the Court is Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [DE 56], which was filed on September 10, 2020, after the Court granted two unopposed requests for extensions of time to file same [DE 49, 51].

2. In accordance with Rule 3.01(b) of the Local Rules for the Middle District of Florida, "[e]ach party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request[.]"

3. Counsel for Plaintiff requests an enlargement of time of an additional fifteen days, through and including October 9, 2020, for Plaintiff to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

14603480v1

4.	Pursuant to Local Rule 3.01(g), Plaintiff's counsel has conferred with Defendants' counsel regarding this requested enlargement of time of an additional fifteen days, through and including October 9, 2020, for Plaintiff to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, and Defendants' counsel has consented to the requested enlargement of time.

5.	This is the first request that Plaintiff has made for an enlargement of time.

6.	The period in which Plaintiff must respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint has not yet expired.

7.	This motion is made in good faith and not for purposes of delay.

8.	No party will be prejudiced as a result of the Court granting this requested enlargement of time.

## MEMORANDUM OF LAW

Rule 6, Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; . . .

Fed. R. Civ. P. 6(b)(1)(A); *See also Jozwiak v. Stryker Corp.*, 2010 WL 743834 (M.D. Fla. Feb. 26, 2010).

WHEREFORE, Plaintiff, Gene E. Myers, M.D., respectfully requests that this Honorable Court enter an Order granting his Unopposed Motion for Enlargement of Time to respond to Defendants' Motion to Dismiss First Amended Complaint of 14 days, from September 29, 2020 to October 9, 2020, and for such other relief that this Court deems just and appropriate.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

**I HEREBY CERTIFY** that Meghan O. Serrano, counsel for Plaintiff, Gene E. Myers, M.D. has conferred with counsel for the Defendants who consented to the requested enlargement of time.

        Respectfully submitted,
        Shumaker, Loop & Kendrick, LLP

  By  */s/ Meghan O. Serrano*
        Meghan O. Serrano
        Fla. Bar. No. 0053124
        Jarrod J. Malone
        Fla. Bar No. 0010595
        P. O. Box 49948
        Sarasota, Florida  34230-6948
        Phone: (941) 366-6660
        Fax: (941) 366-3999
        Email: mserrano@slk-law.com
        Email: jmalone@slk-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will electronically serve a copy of this document to Eric S. Adams, Esq. and John E. Meagher, Esq., counsel for Defendants, Provident Life and Accident Insurance Company and The Unum Group, via email to EAdams@shutts.com and JMeagher@shutts.com.

  By  */s/ Meghan O. Serrano*
        Meghan O. Serrano
        Fla. Bar. No. 0053124