# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GENE E. MYERS,

     Plaintiff,

v.                                                    Case No: 8:19-cv-724-CEH-CPT

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and
UNUM GROUP,

     Defendants.

_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on April 25, 2025 (Doc. 242). In the Report and Recommendation Magistrate Judge Tuite recommends that Defendants Provident Life and Accident Insurance Company and Unum Group's Motion for Entitlement to Attorneys' Fees (Doc. 236) be granted. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 242) is
adopted, confirmed, and approved in all respects and is made a part of
this Order for all purposes, including appellate review.

(2)    Defendants Provident Life and Accident Insurance Company and Unum
Group's Motion for Entitlement to Attorneys' Fees (Doc. 236) is
**GRANTED**. Defendants Provident Life and Accident Insurance
Company and Unum Group are entitled to attorneys' fees.

**DONE AND ORDERED** at Tampa, Florida on May 13, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record